**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BOHLKE, | ) | NO. CV 16-04620-RGK (AFMx) |
| Plaintiff(s), | ) | |
| vs. | ) | **ORDER** |
| VERIZON WIRELESS SERVICES, LLC | ) | |
| Defendant(s). | ) | |

On August 2, 2016, the Court granted the Stipulation to Stay Case Pending Completion of Arbitration. IT IS HEREBY ORDERED that this action is removed from the active caseload without prejudice to reopen the matter to enforce the arbitration.

DATED: August 2, 2016

_____
R. GARY KLAUSNER
**UNITED STATES DISTRICT JUDGE**